**STATE of Missouri, ex rel. Carl D. KINSKY, Relator/Respondent,**

v.

**Carol STEIGER, Respondent/Appellant.**

No. ED 83902.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 7, 2004.

Matthew Briesacher, Assistant Attorney General, Jefferson City, MO, for Appellant.

Carl Dietrich Kinsky, Pro Se, Ste Genevieve, MO, for Respondent.

Before GLENN A. NORTON, J., BOOKER T. SHAW, J., and SHERRI B. SULLIVAN, P.J.

### ORDER

PER CURIAM.

Carol Steiger appeals from the trial court's summary judgment in favor of Carl Kinsky. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court did not err in granting summary judgment in favor of Kinsky. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 84.16(b).